1  PETER E. BRIXIE, Bar #124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880  Fax: (916) 658-1884
   peterbrixie@gmail.com
4
   Attorney for JONATHAN ADIS
5

6                       UNITED STATE DISTRICT COURT

7                       EASTERN DISTRICT OF CALIFORNIA

8  JONATHAN ADIS,                          No. 2:13-cv-01772 DAD
9
            Plaintiff,
10
                                           **STIPULATION AND ORDER**
11 vs.                                     **EXTENDING TIME TO FILE AND**
                                           **SERVE MOTION**
12 COMMISSIONER OF SOCIAL SECURITY,
13          Defendant

14
       IT IS HEREBY STIPULATED by and between the parties, through their respective
15
   undersigned attorneys, and with the permission of the Court as evidenced below, that the
16
   Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby
17
   extended to the new filing date of  June 8, 2014.  The extension is needed due to press of
18
   business in plaintiff's attorney's office.
19

1  This is the 1st request for extension by plaintiff.

2

3  Dated:  5/6/13                              /s/ Peter Brixie
                                               PETER E. BRIXIE
                                               Attorney at Law
4                                              Attorney for Plaintiff

5

6  Dated: 5/6/13                    By:        /s/ Timothy Bolin
                                               TIMOTHY BOLIN
                                               Special Assistant U. S. Attorney
7                                              Attorney for Defendant

8

9                          **ORDER**

10        Pursuant to the parties' stipulation, IT IS SO ORDERED.

11 Dated:  May 7, 2014

12

13                                 _____
                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE
14

15

16
   Ddad1\orders.soc sec
17 adis1772.stip.eot.ord.docx

18

19

20

21

22

23

24

25