BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JONATHAN ADIS,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:13-cv-01772-DAD<br><br>STIPULATION TO EXTEND<br>DEFENDANT'S TIME TO FILE<br>CROSS-MOTION FOR<br>SUMMARY JUDGMENT AND ORDER |

-1-

1  The parties hereby stipulate, through their undersigned attorneys and subject to the
2  Court's approval, that Defendant shall have an extension of time, up to and including
3  September 8, 2014, in which to file her cross-motion for summary judgment. Defendant requests
4  this extension because of her attorney's inordinately heavy case load for the month of August
5  2014, including two appellate briefs, seven district court briefs, and an opposition and hearing in
6  district court. The parties request this extension in good faith, with no intent to delay
7  proceedings unduly.

Respectfully submitted,

Date: *August 4, 2014*          /s/ Peter Brixie
                                PETER BRIXIE
                                Attorney for Plaintiff

Date: *August 4, 2014*          BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                 /s/ Timothy R. Bolin
                                TIMOTHY R. BOLIN
                                Special Assistant United States Attorney

**ORDER**

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until September 8, 2014, to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

Dated:  August 5, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\adis1772.stip.eot3.ord.docx